**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

ALEXANDER LENNON,

        Plaintiff,

    v.

ALKAR-RAPIDPAK, INC., THE
MIDDLEBY CORPORATION,

        Defendants.

Case No. 3:25-cv-00815

**ALKAR-RAPIDPAK, INC.'S UNOPPOSED MOTION**
**FOR FIRST EXTENSION OF TIME TO ANSWER OR**
**OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant ALKAR-RapidPak, Inc. ("Alkar") requests an extension of time up to and including August 10, 2026 to file its answer or otherwise respond to Plaintiff's First Amended Complaint ("the FAC"). In support of this motion, Alkar states as follows:

1.      On September 30, 2025, Plaintiff filed his Original Complaint against Alkar. (ECF No. 1).

2.      On June 3, 2026, Plaintiff filed the FAC against Alkar and, for the first time, The Middleby Corporation ("Middleby"). (ECF No. 21).

3.      Pursuant to Federal Rule of Civil Procedure 15(a)(3), Alkar has through, and including, June 17, 2026, to file its answer or otherwise respond to the FAC.

4.      On June 10, 2026, Plaintiff sent Middleby a Waiver of Service request. Pursuant to Federal Rule of Civil Procedure 4, Middleby has through, and including, August 10, 2026, to file its answer or otherwise respond to the FAC.

2

5.      General notions of efficiency and judicial economy warrant, including avoidance of piecemeal pleadings, an extension of Alkar's deadline through, and including, August 10, 2026, to align with Middleby's deadline to answer or otherwise respond to Plaintiff's FAC.

6.      Moreover, the nature of the claims, and the relationship between Alkar and Middleby including, but not limited to, the same attorney representation, further promote a unified response deadline.

7.      Finally, Plaintiff and both Defendants are scheduled to conduct a Settlement Conference on June 30, 2026 before Judge Wiseman, potentially obviating the need for further judicial involvement.

8.      On June 16, 2026, Alan Olson, counsel for Plaintiff, confirmed that Plaintiff does not oppose this extension.

9.      This is Alkar's first extension request to file its answer or otherwise respond to the FAC.

10.     Alkar makes this request in good faith, not for purposes of delay, and granting it will not prejudice any party.

WHEREFORE, Alkar respectfully requests the Court issue an order granting it an extension of time through, and including, August 10, 2026 to file its answer or otherwise respond to Plaintiff's First Amended Complaint.

DATED:  June 16, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:*/s/ Christina Jaremus*

John W. Drury (WI Bar ID: 1063939)
Kyle A. Petersen
Christina Jaremus
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
(312) 460-5000
jdrury@seyfarth.com
kpetersen@seyfarth.com
cjaremus@seyfarth.com

*Attorneys for Defendants*
*Alkar-RapidPak, Inc. and The Middleby*
*Corporation*

## CERTIFICATE OF SERVICE

I certify that on June 16, 2026 a copy of the foregoing was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*/s/Christina Jaremus*