AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin    ▼

| | |
|---|---|
| Alexander Lennon, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Alkar-RapidPak, Inc. and The Middleby Corporation | ) |
| *Defendant* | ) |

Case No.    3:25-cv-00815-wmc

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Middleby Corporation    .

Date:    06/23/2026

/s/Christina Jaremus
*Attorney's signature*

Christina Jaremus, 6316657
*Printed name and bar number*
Seyfarth Shaw LLP
233 S. Wacker Dr., Suite 8000
Chicago, Illinois 60608

*Address*

cjaremus@seyfarth.com
*E-mail address*

(312) 460-5000
*Telephone number*

(312) 460-7000
*FAX number*