AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin ▼

| | |
|---|---|
| Alexander Lennon, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   3:25-cv-00815-wmc |
| Alkar-RapidPak, Inc. and The Middleby Corporation | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Middleby Corporation                                                                                     .

Date:      06/23/2026                                                 /s/Kyle A. Petersen
                                                                                        *Attorney's signature*

                                                                  Kyle A. Petersen, 6275689
                                                                  *Printed name and bar number*
                                                                  Seyfarth Shaw LLP
                                                                  233 S. Wacker Dr., Suite 8000
                                                                  Chicago, Illinois 60608

                                                                                        *Address*

                                                                  kpetersen@seyfarth.com
                                                                  *E-mail address*

                                                                  (312) 460-5000
                                                                  *Telephone number*

                                                                  (312) 460-7000
                                                                  *FAX number*