AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin    [▼]

| | |
|---|---|
| Alexander Lennon, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   3:25-cv-00815-wmc |
| Alkar-RapidPak, Inc. and The Middleby Corporation | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Middleby Corporation                                                                                              .

Date:    06/23/2026                                    /s/John W. Drury
                                                                *Attorney's signature*

                                                           John W. Drury 1063939
                                                        *Printed name and bar number*
                                                           Seyfarth Shaw LLP
                                                        233 S. Wacker Dr., Suite 8000
                                                        Chicago, Illinois 60608


                                                                *Address*

                                                           jdrury@seyfarth.com
                                                             *E-mail address*

                                                           (312) 460-5000
                                                          *Telephone number*

                                                           (312) 460-7000
                                                             *FAX number*