**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ALEXANDER LENNON,<br><br>Plaintiff,<br><br>v.<br><br>ALKAR-RAPIDPAK, INC.; THE<br>MIDDLEBY CORPORATION,<br><br>Defendants. | Case No.: 3:25-cv-00815 |

## DEFENDANT MIDDLEBY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Middleby Corporation makes the following disclosure:

The Middleby Corporation is a Delaware corporation with its principal place of business in Elgin Illinois.  The Middleby Corporation is a publicly traded corporation. As of June 30, 2026, to the best of its knowledge, the following entities own at least five percent of The Middleby Corporation: GI SPV I; T. Rowe Price Associates, Inc.; BlackRock, Inc.; and Select Equity Group.

DATED:  June 30, 2026                    Respectfully submitted,

                                                SEYFARTH SHAW LLP


By: */s/ Christina Jaremus*
      John W. Drury (WI Bar ID: 1063939)
      Kyle A. Petersen
      Christina Jaremus
      Seyfarth Shaw LLP
      233 South Wacker Drive, Suite 8000
      Chicago, Illinois 60606
      (312) 460-5000
      jdrury@seyfarth.com
      kpetersen@seyfarth.com
      cjaremus@seyfarth.com

      *Attorneys for Defendants*
      *Alkar-RapidPak, Inc. and The Middleby*
      *Corporation*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026 a copy of the foregoing was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.


                                         */s/Christina Jaremus*